■ Son Ye Pak, Respondent, v Mak Dong Ham, Appellant. Son Ye Pak, Respondent, v Te He Rey, Appellant. [648 NYS2d 27] —Judgment, Supreme Court, New York County (Alice Schlesinger, J.), entered June 21, 1995 in favor of plaintiff and bringing up for review an order, same court and Justice, which granted plaintiff's motion for summary judgment insofar as based on the promissory notes in issue, unanimously affirmed, with costs.

The parol evidence offered by defendant in opposition to the motion, to the effect that notes were given to secure repayment of additional construction costs of subleased premises that were to be used illegally as a massage parlor, and that such repayment was conditioned upon plaintiff's obtaining the consent of the overlandlord to the sublease, which she never did, contradicts the terms of the notes. On their face, the notes are unconditional promises for the payment of money only. Thus, defendant's evidence was properly disregarded by the IAS Court. Concur—Murphy, P. J., Sullivan, Rubin, Ross and Nardelli, JJ.

■ The People of the State of New York, Appellant, v Michael Johnson, Respondent. [648 NYS2d 30] —Order, Supreme Court, New York County (Bernard Fried, J.), entered October 12, 1993, which granted defendant's motion to dismiss the indictment on double jeopardy grounds, unanimously affirmed.

Where the factual record demonstrates that the defense had neither an expectation that a mistrial was a possibility nor a meaningful opportunity to object, consent to the declaration of a mistrial will not be implied from the defendant's silence (*Matter of Guido v Berkman*, 116 AD2d 439, 444; *see, People v Ferguson*, 67 NY2d 383, 389). Since the trial court failed "to consider alternatives to a mistrial and to obtain enough information so that it [was] clear that a mistrial [was] actually necessary" (*People v Ferguson, supra*, at 388), either at the time the juror refused to be sequestered or the next day, the need for a mistrial cannot be said to be due to " 'manifest necessity' " (*People v Michael*, 48 NY2d 1, 9, quoting *United States v Perez*, 9 Wheat [22 US] 579, 580). Concur—Murphy, P. J., Sullivan, Rubin, Ross and Nardelli, JJ.